Rapp.

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT DEPARTMENT, SOUTHERN NEW YORK DIVISION**

**DAVID T. KASTRITSIOS**

     *against*

INDEX # 08CV5345
DATE INDEX # PURCHASED: 6/11/2008
DATE AFFIDAVIT FILED:

**RAFFAELE DICENSO**

AFFIDAVIT OF SERVICE

Commonwealth of Massachusetts, County of Middlesex

I, Mark J Snider being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Melrose, MA.

That on June 25, 2008 at 8:10 PM, deponent served the within named Summons together with a copy of the Complaint in this action upon Raffaele Dicenso, therein named. Said service was effected at 95 Hillsdale Road, Medford, MA 02155, in the following manner;

By delivering thereat a true copy of each to RAFFAELE DICENSO personally; deponent knew said person so served to be the person described as said recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **Caucasian** Hair: **Bald** Age(Approx): **30** Height(Approx): **5' 11"** Weight(Approx): **200-225 lbs**
Other:

Above person had asked, whether recipient was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Mark J Snider Constable

Commonwealth of Massachusetts
County of Middlesex

Then personally appeared the within named Mark J Snider and swore that the execution of the within affidavit was true, correct and his free act and deed, today Thursday, June 27, 2008,

_____
Notary Public,
My Commission Expires