UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
DAVID T. KASTRITSIOS,

                              Plaintiff(s),

    -against-

EMILY DiCENSO and RAFFAELE DiCENSO,

                              Defendant(s).
------------------------------------------------------------------------------X

Index No. 08CV5345

**NOTICE TO TAKE DEPOSITION**

    PLEASE TAKE NOTICE, that pursuant to the applicable provisions of the Federal Rules of Civil Procedure and Rules of this Court, the testimony, upon oral examination, of the defendants EMILY DiCENSO and RAFFAELE DiCENSO, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the offices of RAPPAPORT, GLASS, GREENE & LEVINE, LLP, at 1355 Motor Parkway, Hauppauge, New York 11749, on the 28th day of October, 2008, at 10:00 A.M. with respect to evidence material and necessary in the prosecution of this action:

    That the defendants are required to produce at such examination the following:

    All relevant documents and records in connection with the subject accident and relating to the allegations of negligence, contributory negligence, together with a copy of defendant's driver's license, record of convictions, and completed MV104.

    The reason the deposition is required is to give testimony surrounding the facts and circumstances regarding the above-captioned matter.

Dated:      Hauppauge, New York
                August 19, 2008

                              Yours, etc.

                              RAPPAPORT, GLASS, GREENE & LEVINE, LLP
                              Attorneys for Plaintiff
                              1355 Motor Parkway
                              Hauppauge, New York 11749
                              (631) 293-2300

                              BY:_____
                                  CHARLES J. RAPPAPORT (CJR7037)

TO:    Brand, Glick & Brand, P.C.
        Attorneys for Defendants
        600 Old Country Road, Suite 440
        Garden City, New York 11530
        (516) 746-3500