UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
DAVID T. KASTRITSIOS,

                        Plaintiff(s),

    -against-

EMILY DiCENSO and RAFFAELE DiCENSO,

                        Defendant(s).
------------------------------------------------------------------------------X

08 Civ 5345 (NRB)

PLAINTIFF'S DEMANDS FOR DISCOVERY AND INSPECTION

      PLEASE TAKE NOTICE, that pursuant to the requirements of Rules 26 and 34 of the Federal Rules of Civil Procedure defendants are required to produce and allow discovery, inspection and copying of the following:

1. All statements in any form alleged to have been made by plaintiff.
2. The names and last known addresses of every witness to the accident referred to in the complaint (hereinafter, "the accident").
3. Any and all written accident or incident reports in the care, custody and control of the defendants, any person or entity acting on behalf of the defendant, including, but not limited to the attorneys for the defendants which were prepared in the regular and ordinary course of business by defendants or any other private or public entity concerning the accident, including, but not limited to any operator's and owner's Motor Vehicle 104 accident report concerning the accident.
4. All official reports of the accident including, but not limited to Police Accident or Aided reports in the possession of defendants or their attorneys.
5. Photographs, slides, video tapes, motion pictures, drawings or other representations of or depicting the accident scene, the defendants' vehicle, the plaintiff's vehicle, or the plaintiff in the possession of the defendants, any person or entity acting on behalf of the defendants, including, but not limited to the attorneys for the defendants.
6. Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, disclosure of all expert witnesses who defendants will call to testify on the trial of this action.
7. The name of the manufacturer of any Global Positioning Satellite device present in the defendants' vehicle at the time of the accident, together with the model name, number or other designation thereof.

      PLEASE TAKE FURTHER NOTICE that these demands are continuing in nature and require supplemental responses if additional information or material is obtained at any time after the defendants' response hereto is served, up to and including the time of the trial of this action.

      PLEASE TAKE FURTHER NOTICE that upon the failure of defendants to respond to these demands within the time limited by the Federal Rules of Civil

Procedure, plaintiff will move to strike the answer of defendants, enter judgment on the complaint and seek such other and further relief as the Court may deem appropriate under the circumstances.

Dated: Hauppauge, New York
August 19, 2008

        RAPPAPORT, GLASS, GREENE & LEVINE, LLP
        Attorneys for Plaintiff
        1355 Motor Parkway
        Hauppauge, New York 11749
        (631) 293-2300


By:_____
    CHARLES J. RAPPAPORT (CJR7037)


TO: Brand, Glick & Brand, P.C.
     Attorneys for Defendants
     600 Old Country Road, Suite 440
     Garden City, New York 11530
     (516) 746-3500