UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DAVID T. KASTRITSIOS,

                               Plaintiff(s),

     -against-

EMILY DiCENSO and RAFFAELE DiCENSO,

                               Defendant(s).
-------------------------------------------------------------------------X

08 Civ. 5345 (NRB)

AUTOMATIC DISCLOSURE
PURSUANT TO RULE 26

       Plaintiff, by his attorneys, RAPPAPORT, GLASS, GREENE & LEVINE, LLP, as and for his automatic disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure, states as follows:

       1.    The following individuals are likely to have discoverable information that the plaintiff may use to support his claim:

       David Kastritsios
       124 West 60th Street, Apt. 21C
       New York, NY  10023

       Emily DiCenso
       17 Kilronon Road
       Westwood, MA 02090

       Raffaele DiCenso
       95 Hilldale Road
       Medford, MA 02155

       Andria Mochi (address unknown)

       Stefano Mochi (address unknown)

       Bruno Schiemsky (address unknown - cell phone number - 646 479-4795)

       Bellevue Hospital Center
       1st Avenue & 27th Street
       New York, NY 10016

       Edward A. Athanasian, M.D.
       Hospital For Special Surgery
       523 East 72nd Street, 4th Floor
       New York, NY 10023

       Hospital for Special Surgery
       535 East 70th Street
       New York, NY 10021

        Hospital for Special Surgery
Department of Physical Therapy
535 East 70th Street
New York, NY 10021

        Empire Blue Cross/Blue Shield
11 West 42nd Street
New York, New York 10036

2.     Together herewith are HIPAA-compliant authorizations directed to the following:

        Bellevue Hospital Center
1st Avenue & 27th Street
New York, NY 10016

        Edward A. Athanasian, M.D.
Hospital For Special Surgery
523 East 72nd Street, 4th Floor
New York, NY 10023

        Hospital for Special Surgery
535 East 70th Street
New York, NY 10021

        Hospital for Special Surgery
Department of Physical Therapy
535 East 70th Street
New York, NY 10021

        Sonal Shah Parr, M.D.
Hospital for Special Surgery
535 East 70th Street
New York, NY 10021

        Bellvue Hospital
Department of Radiology
1st Avenue & 27th Street
New York, NY 10016

        IBM
1701 North Street
Endicott, NY 13760

        Empire Blue Cross/Blue Shield
11 West 42nd Street
New York, New York 10036

Dated:     Hauppauge, New York
             August 19, 2008

Yours, etc.

RAPPAPORT, GLASS, GREENE & LEVINE, LLP
Attorneys for Plaintiff
1355 Motor Parkway
Hauppauge, New York 11749
(631) 293-2300

BY:_____
    CHARLES J. RAPPAPORT (CJR7037)

TO:    Brand, Glick & Brand, P.C.
    Attorneys for Defendants
    600 Old Country Road, Suite 440
    Garden City, New York 11530
    (516) 746-3500